IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**JANET COYLE**                                                                                                        **PLAINTIFF**

**vs.**                                                               **CIVIL ACTION NO.: 4:13-cv-00129-HTW-LRA**

**ANDERSON REGIONAL MEDICAL CENTER and**
**ANDERSON PHYSICIAN ALLIANCE, INC.**                                            **DEFENDANT**

## STIPULATION OF DISMISSAL PURSUANT TO RULE 41

COME NOW all parties hereto and stipulate that Anderson Regional Medical Center is dismissed as a Defendant in this cause, without prejudice, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this the 6th day of January 2014.

**JANET COYLE, Plaintiff**

By: _____
CAREY R. VARNADO (MSB # 6593)
*Attorney for Plaintiff*


**ANDERSON REGIONAL MEDICAL CENTER, Defendant**

By: _____
ROMNEY H. ENTREKIN (MSB # 9276)
*Attorney for said Defendant*


**ANDERSON PHYSICIAN ALLIANCE, INC., Defendant**

By: _____
ROMNEY H. ENTREKIN (MSB # 9276)
*Attorney for said Defendant*